# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JAMAEL AARON NETTLES,** | : |
| **Petitioner,** | : |
| | :    **CIVIL ACTION 08-0329-CG-M** |
| **v.** | : |
| | :    **CRIMINAL ACTION 06-00005-CG-M** |
| **UNITED STATES OF AMERICA,** | : |
| **Respondent.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor

of Respondent, the United States of America, and against Petitioner Jamael Aaron Nettles.

**DONE and ORDERED** this 19th day of August, 2009.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE