AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 06-0005-001 |
| JAMAEL AARON NETTLES ) | USM No: 06339-003 |
| ) | |
| Date of Original Judgment: 08/15/2006 ) | |
| Date of Previous Amended Judgment: 06/04/2008 ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  293  months **is reduced to**  235 months  .

Except as otherwise provided, all provisions of the judgment dated  08/15/2006  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 30, 2012          /s/ Callie V. S. Granade
                                       *Judge's signature*

Effective Date: _____         United States District Judge
*(if different from order date)*        *Printed name and title*